```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHRISTOPHER K. PELHAM (SBN 241068)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0610
         Facsimile: (213) 894-0142
 7
    Attorneys for Plaintiff
 8  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-1163-R |
|---|---|
| Plaintiff, | ) <u>ORDER DISMISSING INDICTMENT</u> |
| v. | ) [No Hearing Requested] |
| WALTER KINCAID, | ) |
| Defendant. | ) |

    Having considered the government's unopposed motion to dismiss the instant indictment against defendant WALTER KINCAID,

    IT IS HEREBY ORDERED that the indictment in the above captioned case is dismissed as to defendant WALTER KINCAID.

    It is so ordered.

DATED: March 4, 2009          _____
                                            HONORABLE MANUEL L. REAL
                                            UNITED STATES DISTRICT JUDGE